FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 15 2007

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-CV-02401bnb

(The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.)

UNITED STATES OF AMERICA,

v.

BURNETTE CASSA,

    Movant.

---

ORDER TO COMMENCE CIVIL ACTION AND
TO TRANSFER ACTION TO DISTRICT OF ARIZONA (PRESCOTT DIVISION)

---

Movant Burnette Cassa is a prisoner in the custody of the United States Bureau of Prisons at the United States Penitentiary at Florence, Colorado. Mr. Cassa has filed *pro se* a "Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255" and an "Application for Appointment of Counsel." Mr. Cassa is challenging the validity of his conviction and sentence. He alleges that he was convicted in the United States District Court for the District of Arizona (Prescott Division).

The Court has reviewed the documents pursuant to D.C.COLO.LCivR 8.2. The clerk of the Court will be directed to commence a civil action. For the reasons stated below, the action will be transferred to the District of Arizona (Prescott Division).

As noted above, Mr. Cassa's motion pursuant to 28 U.S.C. § 2255 challenges the validity of his conviction and sentence. Therefore, the motion properly should be filed in the district in which he was convicted rather than the district where he is

incarcerated. *See* 28 U.S.C. § 2255. As a result, the clerk of the Court will be directed to transfer this action to the proper venue, the District of Arizona (Prescott Division). Accordingly, it is

    ORDERED that the clerk of the Court commence this action. It is

    FURTHER ORDERED that the instant 28 U.S.C. § 2255 action is transferred to the United States District Court for the District of Arizona (Prescott Division). It is

    FURTHER ORDERED that this civil action is closed.

DATED at Denver, Colorado, this 14 day of Nov., 2007.

BY THE COURT:

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. **07 - CV - 02401**

Burnette Cassa
Reg. No. 04219-008
USP Florence
PO Box 7000
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on  11/15/07

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk